UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05 CR 10220 NMG |
| ) | Criminal No. |
| v. ) | |
| ) | 21 U.S.C. § 841(a)(1)-- |
| JAMES D. GOODWYN ) | Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. §853-- |
| ) | Criminal Forfeiture |

### INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury charges that:

On or about December 10, 2004, at Brockton, in the District of Massachusetts,

**JAMES D. GOODWYN,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Count One of this Indictment,

## JAMES D. GOODWYN,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or shall forfeit to the United States any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to, the following:

    (a) One Blue 1999 Mercedes ML320, VIN# 4JGAB54E6XA060768, Massachusetts license plate 36LT48, registered in the names of James D. Goodwyn and Donna L. Ruffin.

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
Cynthia W. Lie

Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:          August 24, 2005


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  8/24/05 2:55pm

5

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

Place of Offense: __Brockton__   Category No. __II__   Investigating Agency __ATF__

City   __Boston__    Related Case Information:

County   __Suffolk__    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __JAMES D. GOODWYN__    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   __52 Mass Ave Brockton, MA__

Birth date (Year only): __1975__   SSN (last 4 #): __7304__   Sex __M__   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   __Cynthia Lie__    Bar Number if applicable _____

Interpreter:   ☐ Yes   ☐ No    List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): **05 CR 10220 NMG**

Name of Defendant    JAMES D. GOODWYN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841 | distribution of cocaine base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**