AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

James D. Goodwyn

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10220 NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _James D. Goodwyn_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of cocaine base

in violation of Title _21_ United States Code, Section(s) _841(a)_

Name of Issuing Officer: Catherine H. Gawlik
Signature of Issuing Officer

Title of Issuing Officer: Supervisor

08-24-2005    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at WARRANT EXECUTED BY ATF BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8-25-2005 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: James D. Goodwyn

ALIAS:

LAST KNOWN RESIDENCE: 52 Massachusetts Avenue, Brockton, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1975

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7304

HEIGHT:                                                         WEIGHT:

SEX:                                                            RACE:

HAIR:                                                           EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: