```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

                                      NO. 1:05CR10220

              UNITED STATES OF AMERICA

                          vs.

                    JAMES GOODWYN

                 NOTICE OF APPEARANCE
```

Counsel for the defendant moves this Honorable Court to enter his appearance on the above captioned matter. As reasons therefore counsel asserts the following:

1. I am an attorney in good standing licensed to practice law in The United States District Court for the District of Massachusetts.

```
                              Counsel for the Defendant,


                              /s/ Joseph F. Krowski Jr.
                              Joseph F. Krowski Jr.
                              30 Cottage Street
                              Brockton MA 02301
                              (508)-584-2555
                              BBO: 640902
```

Dated: September 1, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Joseph F. Krowski Jr., hereby certify that on this 22nd day of August, year 2005 did serve upon the Plymouth County District Attorney's Office 215 Main Street, Brockton MA. (by first class mail postage prepaid/ in hand) the following:

1. Defendant's List of Potential Witnesses

_____    _____
Joseph F. Krowski Jr.     Date