## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                            Crim. No. 05-10220

**JAMES GOODWYN,**
    Defendant.

### COUNSEL'S MOTION TO WITHDRAW

Now comes the undersigned counsel, and moves this Court for leave to withdraw.

As grounds therefore, counsel says Attorney Joseph Krowski, Jr., has entered his appearance for the Defendant.

WHEREFORE, counsel prays his motion be allowed.

Date: 9/16/06                                                /s/ Matthew A. Kamholtz
                                                                                    Matthew A. Kamholtz
                                                                                    BBO #257290
                                                                                    FEINBERG & KAMHOLTZ
                                                                                   125 Summer St.
                                                                                   Boston, MA  02110
                                                                                   617-526-0700

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was this day served upon all attorneys of record, via electronic mail:

Date: 9/16/05                                                /s/ Matthew A. Kamholtz
                                                                                     Matthew A. Kamholtz