AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

| UNITED STATES OF AMERICA | EXHIBIT ~~AND WITNESS~~ LIST |
|---|---|
| V. | |
| JAMES GOODWYN | Case Number: 05cr10220NMG |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| BOWLER | MacKinlay | Krowski |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 7, 2005 | Digital | Jennifer Filo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/7/05 | ✓ | ✓ | Report of State Laboratory dated 12/16/2004 |
| ✓ | | 9/7/05 | ✓ | ✓ | Brockton Police Report (11/19/04) |
| ✓ | | 9/7/05 | ✓ | ✓ | Booking Report of Arrest on 1/21/95 |
| ✓ | | 9/7/05 | ✓ | ✓ | Brockton Police Report (10/2/01) |
| ✓ | | 9/7/05 | ✓ | ✓ | Prior conviction Reports (5) |
| ✓ | | 9/7/05 | ✓ | ✓ | Record of Arrest (7/7/96) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Page