⚐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMES GOODWYN

~~EXHIBIT AND~~ WITNESS LIST

Case Number: 05cr10220NMG

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>MacKinlay | DEFENDANT'S ATTORNEY<br>Krowski |
|---|---|---|
| TRIAL DATE (S)<br>September 7, 2005 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>Jennifer Filo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/7/05 | | | Detective David Delhon, Brockton Police Dept. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages