October 19, 2005

Cynthia W. Lie
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston MA 02210


Re:  United States vs. James Goodwyn
Criminal Docket No.  1:05 cr 10220

Dear Attorney Lie:

    Pursuant to Rules 116.1 (C)(1) and 116.3 of the Local
Rules of the United States District Court for the District
of Massachusetts, the defendant requests discovery
including the following:

Rule 116.2 Disclosure of Exculpatory Evidence

    The government has disclosed that the confidential
witness has committed perjury in a prior criminal trial.
The defendant requests any transcripts of the trial
testimony in the possession of the government with
references to those parts of the testimony that are
untruthful.  If the government does not possess any
transcripts, the defendant requests the substance of the
defendant's testimony with specific references to the parts
of the testimony that were untruthful.

    Please call me if you have any questions.



Very Truly Yours,



_____
Joseph F. Krowski Jr.

JFKJR/lp