UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) Criminal No. 05-CR-10220<br>) (NMG)<br>**v.** )<br>)<br>**JAMES GOODWYN** ) | |

**MOTION TO EXCLUDE TIME FROM JANUARY 18, 2006 UNTIL FINAL STATUS CONFERENCE**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the status conference on January 18, 2006 to the date of the final status conference. Defense counsel assented to this exclusion of time in open court on January 18th.

Therefore, the government respectfully requests that the Court grant this Motion for an Order of excludable delay.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ Cynthia W. Lie*

```
                                        CYNTHIA W. LIE
                                        Assistant U.S. Attorney
Dated: January 19, 2006
```