# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10220-NMG

### UNITED STATES OF AMERICA

v.

### JAMES D. GOODWYN

### FINAL STATUS REPORT

MARCH 3, 2006

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with distribution of cocaine base, was returned on August 24, 2005;

2. The defendant was arraigned on the Indictment on September 7, 2005;

3. The defendant is currently in custody;

4. At the time of arraignment, the government estimated it would call five witnesses and that trial would last approximately one week;

5. Defense counsel anticipates that the case will likely be resolved by way of a trial;

6. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE