UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 05-CR-10220-NMG

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )
JAMES GOODWYN                 )
_____)
```

MOTION FOR A PRE-PLEA PROBATION INVESTIGATION AND REPORT

The Defendant, James Goodwyn, through counsel, moves this court, pursuant to 18 U.S.C. §3552(a), to order a United States probation officer to make a pre-sentence investigation and report of the Defendant prior to his Rule 11 plea hearing of June 29, 2006.

As reasons therefore, counsel asserts the following:

1. This procedure will assist all parties in reaching a prompt and fair resolution of the matter.

By his Attorney,

/s/Joseph F. Krowski, Jr., Esquire
JOSEPH F. KROWSKI, JR, ESQUIRE
30 Cottage Street
Brockton, MA 02301
(508) 584-2555

Dated: March 29, 2006