UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-10220-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES GOODWYN | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

                              Respectfully Submitted
                              For the United States of America

                              /s/Dana Gershengorn
                              Dana Gershengorn
                              Assistant U.S. Attorney
                              One Courthouse Way, 9th FL
                              Boston, MA 02210
                              (617) 748-3120
                              FAX: (617) 748-3954
                              EMAIL: Dana.Gershengorn@usdoj.gov
                              DC BAR # 453740
                              *ATTORNEY TO BE NOTICED*

Dated: March 31, 2006