UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-CR-10220-NMG |
| | ) | |
| **JAMES D. GOODWYN** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the above-captioned matter.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                        By:  /s/ Glenn A. MacKinlay
                             GLENN A. MACKINLAY
                             Assistant U.S. Attorney
                             United States Attorney's Office
                             One Courthouse Way, Suite 9200
                             Boston, MA 02210
                             (617) 748-3215

Dated: September 14, 2006