UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  05-CR-10220-NMG |
| | ) | |
| **JAMES D. GOODWYN** | ) | |
| | ) | |

## MOTION TO WITHDRAW

Undersigned counsel moves to withdraw from the above-captioned case.  As reason therefor, Assistant United States Attorney Glenn A. MacKinlay has filed his appearance as government counsel.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                /s/ Dana M. Gershengorn
                DANA M. GERSHENGORN
                Assistant U.S. Attorney
                United States Attorney's Office
                One Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3120

Dated:  September 14, 2006