UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 05-CR-10220-NMG

_____
                                            )
UNITED STATES OF AMERICA   )
                                            )
vs.                                            )
                                            )
JAMES GOODWYN              )
                                            )
_____ )

## ASSENTED TO MOTION TO CONTINUE THE RULE 11 PLEA HEARING

The defendant, James Goodwyn, through counsel, moves this court, pursuant to Federal Rule of Criminal Procedure 32(e)(2) to continue the Rule 11 hearing to November 2, 2006. As reasons therefore, counsel for the defendant asserts the following:

1. The plea and sentencing hearing is currently scheduled for October 6, 2006.

2. Counsel for the defendant is engaged in discussions with the government about a possible plea agreement.

3. Assistant United States Attorney Glenn MacKinlay assents to the motion.

4. The above requested continuance is in the interests of justice.

                                                                           By his attorney,

                                                                           /s/ Joseph F. Krowski Jr._____
                                                                           JOSEPH F. KROWSKI JR.
                                                                           30 Cottage Street
                                                                           Brockton, MA. 02301
                                                                           508-584-2555

Dated: October 2, 2006

Case 1:05-cr-10220-NMG   Document 30   Filed 10/02/2006   Page 2 of 2