UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO:  05-CR-10220-NMG

_____  )
                             )
UNITED STATES OF AMERICA     )
                             )
vs.                          )
                             )
JAMES GOODWYN                )
                             )
_____  )

THE DEFENDANT'S ASSENTED TO MOTION TO CONTINUE
THE PLEA AND SENTENCING HEARING

The defendant, James Goodwyn, through counsel, moves this court, pursuant to Federal Rule of Criminal Procedure 32(e)(2) to continue the defendant's plea and sentencing hearing to December 12, 2006 or any date thereafter.  As reasons therefore, counsel for the defendant asserts the following:

1. The plea and sentencing hearing is currently scheduled for November 2, 2006.

2. The defendant has not yet pled guilty to the charged offense.

3. Counsel for the defendant and the government have been negotiating a possible agreed upon plea.

4. On October 25, 2006 the government informed counsel that no agreement would be reached.

5. Due to the timing of the breakdown in negotiations, counsel for the defendant does not have adequate time to prepare a sentencing memorandum prior to the currently scheduled hearing date.

6. A sentencing memorandum will assist the defendant and the court in reaching a just and reasonable sentence.

7.  The government assents to the above requested continuance.

                                                                                          By his attorney,

                                                                                          /s/ Joseph F. Krowski Jr._____
                                                                                          JOSEPH F. KROWSKI JR.
                                                                                          30 Cottage Street
                                                                                          Brockton, MA. 02301
                                                                                         508-584-2555

Dated:  October 26, 2006