```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS

                         DOCKET NO:  05-CR-10220-NMG

          UNITED STATES OF AMERICA

                         v.

          JAMES GOODWYN
```

ASSENTED TO MOTION TO CONTINUE THE SENTENCING HEARING

The defendant, James Goodwyn, respectfully moves this court to continue his sentencing hearing presently scheduled for January 12, 2007 to February 15, 2007.  As reasons therefore, counsel for the defendant asserts the following:

1. The defendant has already entered a plea of guilty to the above captioned indictment.

2. Counsel for the defendant needs the additional month to adequately prepare for the sentencing hearing.

3. Assistant United States Attorney Glenn MacKinlay assents to the motion.

4. The above requested continuance is in the interests of justice.

                    By his attorney,

                    <u>/s/ Joseph F. Krowski Jr.</u>
                    JOSEPH F. KROWSKI JR.
                    30 Cottage Street
                    Brockton, MA. 02301
                    508-584-2555

Dated: December 13, 2006