U.S. ... f Justice
Unite ... arshals Service

PROC... RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-10224-NMG |
| DEFENDANT | TYPE OF PROCESS Preliminary Order of Forfeiture |
| James D. Goodwyn | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Publication

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Eugenia Carris, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: December 21, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| No. | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above). 12/27/06

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Bureau of ATF
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave., NW
Techworld, Suite 710
Washington, DC 20226

Date of Service: 1/4/07     Time: 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

See Atch Proof of Publication dates Jan 3. 2007

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD  ☐ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this __4th__ day of __January__ A.D. 20 __07__ personally appeared before the undersigned, a Notary Public, within and for the said county, __Madeleine M. Sheehan__

of the __Boston Herald__ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

__Criminal No 05-10220-NMG__ advertisement was published in said newspaper in its issues of

__Jan 3__ A.D. 20 __07__

_(signature) Madeleine M. Sheehan_

Subscribed and sworn to before me this __4th__ day of __January__ A.D. 20 __07__

_(signature) Barbara Lundbohm_
Notary Public

My Commission Expires on November 1, 2013

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.

NOTICE OF ORDER OF FORFEITURE

Criminal No. 05-10220-NMG

United States of America, District of Massachusetts, at Boston, Massachusetts, December 15, 2006.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant James D. Goodwyn in the following property pursuant to Title 21, United States Code, Section 853:

One Blue 1999 Mercedes ML320, VIN #4JGAB54E6XA060768, Massachusetts license plate 36L148, registered in the names of James D. Goodwyn and Donna L. Ruffin (the "Mercedes");

Upon adjudication of all third party interests, the United States of America intends to dispose of the Mercedes, named above, in accordance with the law.

Pursuant to 21 U.S.C. §853(n)(2) and (3), any person, other than the Defendant, having or claiming to have a legal interest in the Mercedes may, within thirty (30) days of the final publication of notice or his earlier receipt of written notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Mercedes. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. §853(n). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Mercedes, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. §853, in which all such interests will be addressed.

GENEVA DUNAWAY
SPECIAL AGENT IN CHARGE
ASSET FORFEITURE
AND SEIZED PROPERTY

Jan 3, 10, 17