UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10220-NMG |
| | ) | |
| **JAMES GOODWYN** | ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

  The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, James Goodwyn notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Goodwyn be awarded a three-point reduction for acceptance of responsibility.

              Respectfully submitted,

              MICHAEL J. SULLIVAN
              United States Attorney

      By:
              S/ Glenn A. MacKinlay
              GLENN A. MACKINLAY
              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling:

        Joseph K. Krowski, Jr., Esq.
        Brockton, MA

This 15th day of March, 2007.

        S/ Glenn A. MacKinlay
        Glenn A. MacKinlay
        ASSISTANT UNITED STATES ATTORNEY