James D. Goodwyn #25772-038
USP Coleman - 2
P.O. Box 1034
Coleman, FL 33521

FILED IN CLERKS OFFICE
2007 SEP 10 P 1: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

Criminal Clerks Office
One Courthouse Way
Boston, MA 02110

Re: Dkt # 1:05-cr-10220-NMG

Dear Clerk of court,

Please forward a copy of My Docket Entry Sheet & Sentencing transcripts to Me at the address below, concerning the above docketed case. These documents are important, & necessary for My ongoing litigation. If there are any costs required for My transcripts, please let me know. I am indigent, so please forward the necessary forms.
Thank you in advance for your assistance, & I hope to hear from your office soon.

Sincerely & Respectfully,

James D. Goodwyn
James D. Goodwyn #25772-038
USP Coleman - 2
P.O. Box 1034
Coleman, FL 33521