United States District Court for the
First Circuit

United States of America

v.                          Docket No. 1:05-cr-10220 NMG

James D. Goodwyn

(Petitioner)

Motion to extend 28 U.S.C. §2255 Briefing Schedule

Petitioner, James D. Goodwyn, ("Goodwyn"), respectfully moves for an extension of filing date of his 2255 motion. Specifically, Goodwyn is in an on going litigation in Brockton and Plymouth district courts which directly affects the outcome of his 2255 motion. Goodwyn requests that this honorable court grant him an extension of, at least, thirty days from his current deadline. Furthermore, this institution has sustained five months of emergency lockdown within the past seven months, which made it nearly impossible to work on my litigation.

Wherefore, Goodwyn respectfully request that court extend the deadline of March 15th, 2008, for, at least thirty days.



James Goodwyn 25772-038 J-2
Federal Correctional Complex Coleman USP2
P.O. Box 1034
Coleman FL 33521

United States District Court
office of the clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston MA, 02210

Re: # 1:05-cr-10220-NMG

Dear clerk,

I would please like a copy of my docket entry sheets. From my grand jury sittings hitherto.

Respectfully Submitted
James D. Goodwyn
James D. Goodwyn
USP-2 P.O. Box 1034
Coleman FL, 33521