**FINANCIAL AFFIDAVIT**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: United States vs James Goodwyn
FOR: District of Massachusetts
AT: Boston MA

PERSON REPRESENTED (Show your full name): Jame D Goodwyn

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 1:05-cr-10220
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony   ☐ Misdemeanor
21: 841 A   21 USC 841(2)(1)
21 USC 953

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? _____

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ _____

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE / DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 3-9-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): James D. Goodwyn