DKT: 1:05-CR-10220-N.

## Affidavit of Defendant
## In Support of 28 USC § 2255 Motion

Now comes James D. Goodwyn, Defendant in the above entitled case, and says as follows under the pains and penalties of perjury:

1) I make this affidavit in support of my 2255 motion.

2) I plead guilty in United States District Court, to the above docketed matter; Judge Nathaniel M. Gorton presiding. I recieved a 192 month sentence in the BOP, followed by 8 years of supervised release.

3) I was represented by attorney Joseph F. Krowski, Jr.

4) I asked attorney Krowski to file a notice of appeal. He advised me that if he filed an appeal on my behalf, I would recieve a longer prison sentence.

5) Attorney Krowski was ineffective at the appeal stage of the legal process.

Respectfully Submitted,

James D. Goodwyn

James D. Goodwyn #25772-058
USP Coleman - 2
P.O. Box 1034
Coleman, FL 33521

March 12, 2008

James D. Goodwyn
#25772-038
USP-2
P.O. Box 1034
Coleman, FL 33521



United States District Court
Office of the Clerk
One Courthouse Way, Suite 2300
Boston, MA 02210

March 12, 2008

Re: 1:05-CF-10220-NMG

Dear Clerk:

Please allow me to supplement my 2255 motion with the sworn affidavit enclosed with this letter.

Thank you for your assistance on this matter.

Respectfully,
James D. Goodwyn
James Goodwyn