# ATTORNEY ASSIGNMENT REQUEST

Defendant: _James Goodwyn_

Case & Defendant Number: _05cr 10220 NMG_

Date of Appointment: _____

Appointed by: _____

Attorney Withdrawn _____

Date of Withdrawal _____

Reason for Withdrawal _____

Number of Counts _____

Charge(s) and Cite(s): _Poss. of Cocaine base w/ intent to distribute —&— or distribution of cocaine base_

Indictment _✓_    Information _____    Probation Revocation _____

Number of Defendants _____

Judge Code _0126_

Special Instructions: _Appt of Counsel_

_____

_____

_____

_____

_____

Deputy Clerk

Dated _3-19-08_

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd