UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10220-NMG |
| | ) | |
| JAMES D. GOODWYN | ) | |

NOTICE OF APPEARANCE

    Assistant Federal Public Defender Stylianus Sinnis hereby files his appearance on behalf of defendant James D. Goodwyn.

    /s/ Stylianus Sinnis
    Stylianus Sinnis
        B.B.O. # 560148
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 26, 2008.

    /s/ Stylianus Sinnis
    Stylianus Sinnis