UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10220-NMG |
| ) | |
| JAMES D. GOODWYN ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO ENLARGE TIME FOR FILING JOINT STATUS REPORT

Defendant, James D. Goodwyn, respectfully moves this Court for an additional thirty days to file a joint status report concerning defendant's eligibility for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).

As grounds for this motion, undersigned counsel states as follows:

2. On March 18, 2008 this Court issued a procedural order regarding defendant's motion requiring that within twenty days the parties file a joint status report concerning defendant's eligibility for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2).

3. Undersigned counsel has been appointed in a several crack cocaine retroactivity cases, and in this particular case, needs additional time to review the pertinent underlying documents to assess defendant's potential eligibility for relief under 18 U.S.C. § 3582(c)(2).

4. Defendant's scheduled release date is August 26, 2019.

Assistant United States Attorney Glenn MacKinlay assents to this motion.

>JAMES D. GOODWYN
>By his attorney,
>
>/s/ Stylianus Sinnis
>Stylianus Sinnis
>  B.B.O. # 560148
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 28, 2008.

>/s/ Stylianus Sinnis
>Stylianus Sinnis