James D. Goodwyn

25772-038

USP-2

P.O. Box 1034

Coleman FL. 33521

Aug 21, 2008

United States District Court
Office of the clerk
ONE Courthouse way, Suite 2300
Boston, MA, 02210

Re: 1:05-cr-10220-NMG

Dear Clerk:

     I'm requesting a status report on my 2255 motion. I received a Docket entry Sheet from you on June 27, 2008. But its not given me any information pertaining to my 2255 motion. I have yet to receive a response from the government as to my 2255 motion. So I would please like a Status report letting me know what has happen with my 2255 motion. Thank you

Respectfully

James D. Goodwyn
James D. Goodwyn