UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 05-10220-NMG

UNITED STATES OF AMERICA

v.

JAMES D. GOODWYN

**REPORT AND RECOMMENDATION RE:**
**MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE,**
**SET ASIDE, OR CORRECT SENTENCE**
**(DOCKET ENTRY # 55)**

**June 1, 2012**

**BOWLER, U.S.M.J.**

The court referred the above motion filed by defendant James D. Goodwyn ("the defendant") under 28 U.S.C. § 2255 ("section 2255") to this court for an evidentiary hearing and a report and recommendation on ground one. Ground one sets out an ineffective assistance of counsel claim on the basis that the defendant "requested counsel to file a direct appeal" and "counsel did not file an appeal." (Docket Entry ## 55-57).

On November 3, 2011, this court held an evidentiary hearing. On November 30, 2011, the United States of America ("the government") filed a brief and the defendant filed a brief the following day. The matter is therefore ripe for review.

PROCEDURAL BACKGROUND

*Report and Recommendation accepted and adopted. /s/ NM Gorton, USDJ 10/17/12*